# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CLARA NOLEN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No: 11-cv-02832-JPM-cgc |
| ) | |
| ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
| ) | |
|     Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION;
## DENYING PLAINTIFF'S MOTION TO AMEND

Before the Court is the Report and Recommendation of Magistrate Judge Charmiane G. Claxton, filed April 12, 2013 (ECF No. 37), recommending that the Court deny Plaintiff's Motion for Leave to Amend Complaint (ECF No. 34). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Leave to Amend Complaint is DENIED.

**IT IS SO ORDERED**, this 29th day of April, 2013.

                                                  /s/ Jon P. McCalla
                                                CHIEF U.S. DISTRICT JUDGE