ESQUIRE

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (888) 486-4044
Fax (856) 437-5009



Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

ACCOUNTS PAYABLE
LEXISNEXIS EXAMEN, INC- FEDEX
SUITE 200, DEPT. 165
3831 NORTH FREEWAY BOULEVARD
SACRAMENTO, CA 95834

### Invoice # CSD413196

| Invoice Date | 09/30/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 10/30/2012 |
| Date of Loss | |
| Name of Insured | FEDEX / FEDEX |
| Adjustor | N/A |
| Claim Number | 60-13581 |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/07/2012 | NOLEN, CLARA vs. FEDEX | 361715 | 09/25/2012 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 09/07/2012, CLARA NOLEN (MEMPHIS, TN) | | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (196 Pages) | $ 3.55 | $ 695.80 |
| EXHIBITS | $ 71.00 | $ 71.00 |
| ASCII DISK | $ 0.00 | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | $ 0.00 |
| VIDEO SET-UP AND MINIMUM | $ 255.00 | $ 255.00 |
| VIDEO ADDITIONAL HOURS | $ 95.00 | $ 95.00 |
| APPEARANCE FEE FULL DAY | $ 180.00 | $ 180.00 |
| | | $ 1,296.80 |
| CSD-SHIPPING | | $ 33.01 |
| | | $ 33.01 |

COST CENTER 603400
ACCOUNT CODE 725200
DATE 5/24/2013
APPROVAL [signature]

JAMES H. FERGUSON ce# 118048
CORPORATE VICE PRESIDENT
CUSTOMER & BUSINESS TRANSACTIONS
FEDEX CORPORATION

SHIPPED TO: HODGES, KIMBERLY ESQ.
3RD FLOOR, BUILDING B
3620 HACKS CROSS ROAD
MEMPHIS, TN 38125

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| Amount Due On/Before 11/14/2012 | $ 1,329.81 |
| Amount Due After 11/14/2012 | $ 1,462.79 |

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

VISA

| | |
|---|---|
| Invoice #: | CSD413196 |
| Payment Due: | 10/30/2012 |
| Amount Due On/Before 11/14/2012 | $ 1,329.81 |
| Amount Due After 11/14/2012 | $ 1,462.79 |

ESQUIRE

ACCOUNTS PAYABLE
LEXISNEXIS EXAMEN, INC- FEDEX
SUITE 200, DEPT. 165
3831 NORTH FREEWAY BOULEVARD
SACRAMENTO, CA 95834

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

076 0000413196 09302012 1 000132981 1 10302012 11142012 7 000146279 54